DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARCELO VILLANUEVA ESCOBAR,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2026-0064

[April 9, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 502012CF005137AXXXMB.

Marcelo Villanueva Escobar, Bowling Green, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, FORST and SHAW, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely-filed motion for rehearing.***